IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

AUG 14 2024 PM2:04
FILED - USDC - NDTX - LU

UNITED STATES OF AMERICA

v.

DYLAN WAYNE BOLING

No. 5-24CR-077-H

**INDICTMENT**

The Grand Jury Charges:

Counts One-Ten
Production and Attempted Production of Child Pornography
(Violation of 18 U.S.C. § 2251(a))

From on or about October 23, 2023, to on or about January 13, 2024, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Dylan Wayne Boling**, defendant, attempted to, and did, employ, use, persuade, induce, coerce, and entice, "Jane Doe," a person under the age of eighteen years, and whose identity is known to the Grand Jury, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as described below, knowing and having reason to know that such visual depiction would be transported and transmitted in interstate and foreign commerce, and which visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer:

| Count | File Name | Hash Value |
|---|---|---|
| 1 | .trashed-1707517036-20231130_195647.mp4 | 1e7d308ee797e863dbe8f7ab00319c34 |
| 2 | .trashed-1707517036-20231207_205133.mp4 | 110a7f70678465253177841 7302e9fdb |
| 3 | .trashed-1707517036-20231207_205552.mp4 | 74e5b755d2d536e441d70d2921c374b0 |
| 4 | 20240111_214307.mp4 | 80fb3d01 ab0d68ca2c2af8cd7170f765 |
| 5 | 20240111_214554.mp4 | ddd3104ff8a3bdf04870146cd4833ddf |
| 6 | 20240111_214613.mp4 | ad47f4a15a816b6f64d662c355c33203 |
| 7 | 20240111_214723.mp4 | f69e2a00478153b3bea6eabb117c792b |
| 8 | .trashed-1707517036-20231217_194739.mp4 | f64dfcb62aeoee90e90a7a44868303b0 |
| 9 | .trashed-1707517036-20231217_194659.mp4 | 5da6d8378be3f1 c4716ff5b9a8b5f898 |
| 10 | .trashed-1707517036-20231217_194634.mp4 | bd7a092c7e92242ca56e3ed81abd29c1 |

Each count in violation of Title 18, United States Code, Section 2251(a).

Count Eleven
Possession of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

From on or about October 23, 2023, to on or about January 13, 2024, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Dylan Wayne Boling**, defendant, did knowingly possess a Samsung Galaxy A13, IMEI # 356424981704937, Serial # R5CT13CCWAA, which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), and which was mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any of the offenses alleged in this indictment, and pursuant to 18 U.S.C. § 2253(a), defendant **Dylan Wayne Boling** shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2252A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in this indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in this indictment and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, a Samsung Galaxy A13, IMEI # 356424981704937, Serial # R5CT13CCWAA.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

______________________________
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

______________________________
STEPHEN J. RANCOURT
Assistant United States Attorney
Texas State Bar No. 24079181
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7598
Facsimile: 806-472-7394
E-mail: stephen.rancourt@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

DYLAN WAYNE BOLING

INDICTMENT

COUNTS 1-10: PRODUCTION AND ATTEMPTED PRODUCTION OF CHILD PORNOGRAPHY
Title 18, United States Code, Section 2251(a).

COUNT 11: POSSESSION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

(11 COUNTS + FORFEITURE)

A true bill rendered,

Lubbock ______________________________ Foreperson

Filed in open court this 14th day of August, A.D. 2024

______________________________ Clerk

ARREST WARRANT TO ISSUE

Amy Burch

UNITED STATES MAGISTRATE JUDGE